THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARISA MINISCALCO and<br>ANTHONY MINISCALCO,<br>57 Plainfield Pike<br>Foster, RI 02825<br><br>     Plaintiffs,<br><br>  vs.<br><br>ELI LILLY AND COMPANY,<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION _____<br>)<br>) SUPERIOR COURT NO. 07-0003755<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT ELI LILLY AND COMPANY'S DISCLOSURE**
**OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, Eli Lilly and Company has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: July 2, 2007

                Respectfully submitted,

                SHOOK, HARDY & BACON L.L.P.

                _/s/ John Chadwick Coots_
                Michelle R. Mangrum, D.C. Bar No. 473634
                John Chadwick Coots, D.C. Bar No. 461979
                Emily J. Laird, D.C. Bar No. 485890
                SHOOK, HARDY & BACON, L.L.P
                600 14TH Street, N.W., Suite 800

       Washington, D.C. 20005-2004
       Phone: (202) 783-8400
       Fax: (202) 783-4211

       and

       David W. Brooks
       SHOOK, HARDY & BACON, L.L.P.
       2555 Grand Blvd.
       Kansas City, Missouri 64108
       Telephone: 816/474-6550
       Facsimile: 816/421-5547

       **ATTORNEYS FOR DEFENDANT**
       **ELI LILLY AND COMPANY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of July, 2007, a true and accurate copy of the foregoing has been furnished by first-class U.S. Mail, postage prepaid, to all counsel of record listed below.

    Aaron M. Levine
    Aaron Levine & Associates
    1320 19th St., N.W., Suite 500
    Washington, DC 20036

    **Attorneys for Plaintiffs**

                                   */s/ John Chadwick Coots*
                                   **ATTORNEY FOR DEFENDANT**
                                   **ELI LILLY AND COMPANY**