UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARISA MINISCALCO, et al.,

Plaintiffs,

v.                                                    Civil Action No.  07-1198 (JDB)

ELI LILLY & CO.,

Defendant.

SCHEDULING ORDER

Pursuant to the initial scheduling conference held on this date, and the Joint Rule 16.3

Report submitted by the parties, it is, this 15th day of August, 2007, hereby **ORDERED** as

follows:

1.    The parties shall have until December 17, 2007, to amend the pleadings and join

       additional parties without further leave of the Court.

2.    The parties shall serve all discovery requests by not later than October 30, 2007.

       All discovery shall be completed by not later than April 29, 2008.  Each party

       shall be limited to ten (10) non-expert depositions.  In all other respects, the

       parties shall comply with the limitations and requirements of the Federal Rules of

       Civil Procedure and the Local Civil Rules of this Court.

3.    Any disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be

       made as follows:  (a) plaintiffs shall identify experts by not later than December

       31, 2007; (b) defendant shall identify experts by not later than February 20, 2008.

1

4.    Dispositive motions shall be filed by not later than May 29, 2008. The Local

Civil Rules of this Court will govern with respect to the timing for filing

oppositions and any replies thereto.

5.    The parties shall appear for a status conference with the Court on May 6, 2008, at

9:00 a.m. in Courtroom Eight.

**SO ORDERED**.

_____/s/ John D. Bates_____
JOHN D. BATES
United States District Judge