IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARISA MINISCALCO, et al.,** | ] |
| **Plaintiffs,** | ] |
| v. | ] Civil Action No.: 07-1198 (JDB) |
| | ] Next Event: Initial Scheduling Conference |
| **ELI LILLY AND COMPANY,** | ] on August 15, 2007 at 9:00 a.m. |
| **Defendant.** | ] |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

COME NOW the parties, by and through counsel, and jointly move the Court to enter an Order amending the August 15, 2007, Scheduling Order by a period of sixty (60) days, and as grounds therefor states:

1. This is a products liability/personal injury case arising from plaintiff Marisa Miniscalco's in utero exposure to diethylstilbestrol ("DES"). Among the injuries Ms. Miniscalco claims as a result of her *in utero* exposure to DES is infertility and the inability to carry a pregnancy to term.

2. Counsel has been advised that Ms. Miniscalco is currently approximately seven (7) months pregnant. All parties believe that, given the uncertainties surrounding the potential outcome of Ms. Miniscalco's pregnancy, that the interests of justice and economy would best be served by amending the scheduling order of this matter by a period of sixty (60) days.

3. The parties respectfully request the following amendments to the Scheduling Order:

| | Present Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Discovery Requests | 10/30/07 | 12/31/07 |
| Deadline to Amend/Join | 12/17/07 | 2/15/08 |

| | | |
|---|---|---|
| Plaintiffs' Expert Disclosures | 12/31/07 | 2/29/08 |
| Defendant's Expert Disclosures | 2/20/08 | 4/21/08 |
| Close of Discovery | 4/29/08 | 6/30/08 |
| Status Conference | 5/6/08 at 9:00 a.m. | To be scheduled at the Court's earliest available date after 6/30/08 |
| Deadline for Dispositive Motions | 5/29/08 | 7/28/08 |

4.   A Proposed Amended Scheduling Order is attached hereto as Appendix No. 2.

5.   No previous extensions have been requested in this matter.

WHEREFORE, the parties respectfully request the Court enter an Order amending the August 15, 2007, Scheduling Order by a period of sixty (60) days.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES                SHOOK, HARDY & BACON, L.L.P.


 /s/ Aaron M. Levine                                          /s/ John Chadwick Coots (by permission-rm)
AARON M. LEVINE, #7864                         JOHN CHADWICK COOTS, #461979
1320 19th Street, N.W., Suite 500                600 14th Street, N.W., Suite 800
Washington, DC 20036                              Washington, DC   20005-2004
202/833-8040                                              202-223-1200
Fax: 202-833-8046                                      Fax: 202-783-4211
Counsel for Plaintiffs

and

David W. Brooks, Esq.
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
816-474-6550
Fax: 816-421-5547
Dated: October 16, 2007                             Counsel for Defendant Eli Lilly and Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARISA MINISCALCO, et al.,** ] | |
| ] | |
| Plaintiffs, ] | |
| ] | |
| v. ] | Civil Action No.: 07-1198 (JDB) |
| ] | Next Event: Initial Scheduling Conference |
| **ELI LILLY AND COMPANY,** ] | on  August 15, 2007 at 9:00 a.m. |
| ] | |
| Defendant. ] | |

### [PROPOSED] ORDER

UPON CONSIDERATION of the Joint Motion to Amend Scheduling Order, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED that the Motion be and hereby is GRANTED;

AND IT IS FURTHER ORDERED, that the August 15, 2007 Scheduling Order be amended as follows:

| | Present Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Discovery Requests | 10/30/07 | 12/31/07 |
| Deadline to Amend/Join | 12/17/07 | 2/15/08 |
| Plaintiffs' Expert Disclosures | 12/31/07 | 2/29/08 |
| Defendant's Expert Disclosures | 2/20/08 | 4/21/08 |
| Close of Discovery | 4/29/08 | 6/30/08 |
| Status Conference | 5/6/08 at 9:00 a.m. | The Court's earliest available date after 6/30/08: _____ |
| Deadline for Dispositive Motions | 5/29/08 | 7/28/08 |

_____
JOHN D. BATES
United States District Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| AARON M. LEVINE & ASSOCIATES | SHOOK, HARDY & BACON, L.L.P. |

| | |
|---|---|
| /s/ Aaron M. Levine | /s/ John Chadwick Coots (by permission-rm) |
| AARON M. LEVINE, #7864 | JOHN CHADWICK COOTS, #461979 |
| 1320 19th Street, N.W., Suite 500 | 600 14th Street, N.W., Suite 800 |
| Washington, DC 20036 | Washington, DC  20005-2004 |
| 202/833-8040 | 202-223-1200 |
| Fax: 202-833-8046 | Fax: 202-783-4211 |
| | |
| Counsel for Plaintiffs | and |
| | |
| | David W. Brooks, Esq. |
| | SHOOK, HARDY & BACON, L.L.P. |
| | 2555 Grand Boulevard |
| | Kansas City, MO 64108 |
| | 816-474-6550 |
| | Fax: 816-421-5547 |
| | |
| | Counsel for Defendant Eli Lilly and Company |

Dated: October 16, 2007