UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARISA MINISCALCO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY & CO.,<br><br>Defendant. | Civil Action No. 07-1198 (JDB) |

### ORDER

Upon consideration of [18] the joint motion to amend the scheduling order, and the entire record herein, it is this 16th day of October, 2007, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the August 15, 2007 Scheduling Order is amended as follows:

1. The parties shall have until February 15, 2008, to amend the pleadings and join additional parties without further leave of the Court.

2. The parties shall serve all discovery requests by not later than December 31, 2007. All discovery shall be completed by not later than June 30, 2008. Each party shall be limited to ten (10) non-expert depositions. In all other respects, the parties shall comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

3. Any disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be made as follows: (a) plaintiffs shall identify experts by not later than February 29,

        2008; (b) defendant shall identify experts by not later than April 21, 2008.

4. Dispositive motions shall be filed by not later than July 28, 2008. The Local Civil Rules of this Court will govern with respect to the timing for filing oppositions and any replies thereto.

5. The parties shall appear for a status conference with the Court on July 1, 2008, at 9:00 a.m. in Courtroom Eight.

**SO ORDERED**.

                                      /s/ John D. Bates  
                                      JOHN D. BATES  
                               United States District Judge