UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARISA MINISCALCO, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**ELI LILLY & CO.,**<br><br>**Defendant.** | Civil Action No. 07-1198 (JDB) |

**ORDER**

It is hereby

**ORDERED** that this matter shall be referred to Magistrate Judge Kay for management of discovery, pretrial scheduling, and facilitation of settlement discussions.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date: November 7, 2007