UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~)
MARISA MINISCALCO, et al.        )
                                 )
            Plaintiffs,          )   Civil Action No. 07-1198 (JDB/AK)
                                 )   Next Event: Plaintiffs' 26(a)(2) Reports
        v.                       )   Due February 29, 2008
                                 )
ELI LILLY AND COMPANY, et al.,   )
                                 )
            Defendants.          )
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~)

**CONSENT MOTION TO STAY CONSIDERATION OF
DEFENDANT ELI LILLY AND COMPANY'S MOTION TO TRANSFER
UNTIL AFTER DEFENDANT BRISTOL-MYERS SQUIBB IS JOINED**

COME NOW Plaintiffs, through counsel, with consent of Defendant Eli Lilly and Company ("Lilly"), and move to stay consideration of Lilly's Motion to Transfer until Defendant Bristol-Myers Squibb ("Squibb") has been allowed to answer and join or oppose in Lilly's Motion to Transfer, and as grounds therefore, state:

1. On February 22, 2008, Lilly filed a Motion to Transfer to the District of Rhode Island.

2. On February 26, 2008, this Court granted a consent motion to amend the Complaint to add Squibb as a defendant in this matter.

3. The addition of Squibb as a defendant adds new contacts, new loci of transactions, and is likely to change the balance of factors relevant to transfer.

4. Squibb has yet to state whether it will be inconvenienced by transfer; until Squibb has a chance to make that determination, a decision regarding transfer would be unjust.

5. Lilly consented to this motion.

WHEREFORE, Plaintiffs respectfully request that this Court grant their motion to stay, and extend the time for joinder or opposition to Lilly's Motion to Transfer to ten days after Squibb files its answer.

Respectfully submitted,

/s/ Aaron M. Levine
AARON M. LEVINE, #7864
1320 Nineteenth Street, N.W.
Suite 500
Washington, DC 20036
202-833-8040

Counsel for Plaintiffs

## LCvR 7(m) CERTIFICATION

Plaintiffs, through counsel, requested consent from counsel for Defendant Eli Lilly and Company. Counsel for Lilly gave consent.

/s/ Aaron M. Levine
AARON M. LEVINE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARISA MINISCALCO, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 07-1198 (JDB/AK) |
| | ) | Next Event: Plaintiffs' 26(a)(2) Reports |
| v. | ) | Due February 29, 2008 |
| | ) | |
| ELI LILLY AND COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## **(PROPOSED) ORDER**

UPON CONSIDERATION of the Consent Motion to Stay Consideration of Defendant Eli Lilly and Company's Motion to Transfer Until After Defendant Bristol-Myers Squibb is Joined, and for good cause shown, it is hereby ORDERED, this _____ day of _____, 2008, that the Motion to Stay Consideration is GRANTED, and it is

FURTHER ORDERED that the deadline to file for all memoranda in opposition or memoranda joining Defendant Eli Lilly and Company's Motion to Transfer to the District of Rhode Island is extended to ten (10) days after the filing of an answer by Defendant Bristol-Myers Squibb Company.

 

_____
The Honorable John D. Bates
United States District Judge