IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARISA MINISCALCO, et vir. | * |
| Plaintiffs | * |
| v. | * Civil Action No.: 07-CV-1198 (JDB/AK) |
| ELI LILLY & COMPANY, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \*

## CONSENT TO MOTION TO TRANSFER

Mr. Clerk:

Please be advised that Defendant, Bristol-Myers Squibb Company, consents to the transfer of the above-captioned case to the United States District Court for the District of Rhode Island and joins in the grounds cited by Eli Lilly & Company in support of its Motion to Transfer.

Respectfully submitted,

/s/ Sidney G. Leech
Sidney G. Leech
D.C. Bar No. 359071
Malcolm S. Brisker
D.C. Bar No. 472101
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
sgl@gdldlaw.com
*Attorneys for Defendant,*
*Bristol-Myers Squibb Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of March, 2008, a copy of Bristol-Myers Squibb Company's Consent to Motion to Transfer was filed electronically and mailed first-class, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; *Attorney for Plaintiffs*

David W. Brooks, Esquire
Shook Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri 64109

Michelle R. Mangrum, Esquire
John Chadwick Coots, Esquire
Jesse Weisshaar, Esquire
Shook Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004; *Attorneys for Defendant Eli Lilly & Company*

/s/_____
Sidney G. Leech