IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARISA MINISCALCO, et vir.         *

       Plaintiffs                              *

                                                    Civil Action No.: 07-CV-1198
v.                                 *     (JDB/AK)

ELI LILLY & COMPANY, et al.        *

       Defendants                              *

    *    *    *    *    *    *    *    *    *

**DEFENDANT BRISTOL MYERS- SQUIBB COMPANY'S
CERTIFICATE REQUIRED BY RULE 7.1 OF THE LOCAL RULES**

     I, the undersigned, counsel of record for Bristol-Myers Squibb Company ("Squibb"), certify that to the best of my knowledge and belief, Bristol-Myers Squibb Company has no parent companies, subsidiaries or affiliates that have any outstanding securities in the hands of the public.

     This representation is made in order that the judges of this Court may determine the need for recusal.

                                                                Respectfully submitted,

                                                               /s/_____
                                                               Sidney G. Leech
                                                               D.C. Bar No. 359071
                                                               Malcolm S. Brisker
                                                               D.C. Bar No. 472101
                                                               Goodell, DeVries, Leech & Dann, LLP
                                                              One South Street, 20th Floor
                                                               Baltimore, Maryland  21202
                                                              (410) 783-4000
                                                              sgl@gdldlaw.com
                                                              ***Attorneys for Defendant,***
                                                              ***Bristol-Myers Squibb Company***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April, 2008, a copy of Bristol-Myers Squibb Company's Certificate Required By Rule 7.1 of the Local Rules was electronically filed and mailed via first-class, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; *Attorney for Plaintiffs*

David W. Brooks, Esquire
Shook Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri 64109

Michelle R. Mangrum, Esquire
John Chadwick Coots, Esquire
Jesse Weisshaar, Esquire
Shook Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004; *Attorneys for Defendant Eli Lilly & Company*

/s/
Sidney G. Leech