## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARISA MINISCALCO, et vir.          *

      Plaintiffs          *

                                  Civil Action No.: 07-CV-1198

v.          *          (JDB/AK)

ELI LILLY & COMPANY, et al.          *

      Defendants          *

   *    *    *    *    *    *    *    *    *

## NOTICE TO ENTER APPEARANCE

Mr. Clerk:

     Please enter the appearance of Sidney G. Leech, Malcolm S. Brisker and Goodell, DeVries, Leech & Dann, LLP as attorneys for Bristol-Myers Squibb Company in the above-captioned case.

                    Respectfully submitted,


                    /s/_____
                    Sidney G. Leech
                    D.C. Bar No. 359071
                    Malcolm S. Brisker
                    D.C. Bar No. 472101
                    Goodell, DeVries, Leech & Dann, LLP
                    One South Street, 20th Floor
                    Baltimore, Maryland  21202
                    (410) 783-4000
                    sgl@gdldlaw.com
                    ***Attorneys for Defendant,***
                    ***Bristol-Myers Squibb Company***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April, 2008, a copy of Bristol-Myers Squibb Company's Notice to Enter Appearance was electronically filed and mailed via first-class, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C.  20036; *Attorney for Plaintiffs*

David W. Brooks, Esquire
Shook Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri  64109

Michelle R. Mangrum, Esquire
John Chadwick Coots, Esquire
Jesse Weisshaar, Esquire
Shook Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C.  20005-2004; *Attorneys for Defendant Eli Lilly & Company*


_/s/_____
Sidney G. Leech