# GOODELL, DEVRIES, LEECH & DANN, LLP

ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202

---

TELEPHONE (410) 783-4000

---

FACSIMILE (410) 783-4040

SIDNEY G. LEECH
SGL@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-4017
CONFIDENTIAL FAX NUMBER
410-951-0461

July 1, 2008

ADMITTED IN MARYLAND
AND THE
DISTRICT OF COLUMBIA

**VIA E-MAIL**

Honorable John D. Bates
Judge
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      Re:    Marisa Miniscalco, et vir. v. Eli Lilly & Co., et al.
              Civil Action No.: 07-CV-1198 (JDB/AK)

Dear Judge Bates:

      This letter is to express my apology for not being present at the Status Conference in the above-captioned case on Tuesday, July 1st.

      On June 23, 2008, I received an e-mail from Plaintiffs' counsel advising me that there were depositions in the above-captioned case on June 25th of which I had never been notified. That same e-mail indicated that there was a Status Conference scheduled before Your Honor on July 1st. The contents of the same e-mail indicated that Plaintiffs' counsel proposed to contact the Court in the above-captioned case in an attempt to cancel the Status Conference. It was my understanding that Lilly agreed with this proposal. I should have followed through to ascertain that the Status Conference was, in fact, cancelled.

      As you know, my associate, Malcolm S. Brisker, participated in the Status Conference by telephone this morning.

      It is my understanding that counsel for Lilly and counsel for the Plaintiffs are going to obtain a mediation date from Magistrate Judge Kay.

Honorable John D. Bates
July 1, 2008
Page 2

      Once again, I apologize for failing to appear for the Status Conference in the above-captioned case.

Sincerely,

Sidney G. Leech

SGL/sls
cc: Magistrate Judge Alan Kay
     Aaron M. Levine, Esquire
     Ericka L. Kleiman, Esquire