UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARISA MINISCALCO, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**ELI LILLY & CO., et al.,**<br><br>**Defendants.** | Civil Action No. 07-1198 (JDB) |

## ORDER

Pursuant to the status conference held with the Court on this date and upon consideration of the entire record, it is hereby

**ORDERED** that this matter shall be referred to Magistrate Judge Kay for the sole purpose of the facilitation of settlement discussions for a period of not more than ninety (90) days; it is further

**ORDERED** that [21] and [27] defendants' motions to transfer are hereby withdrawn without prejudice to refiling upon the completion of the parties' settlement discussions; and it is further

**ORDERED** that the parties shall file a joint report by not later than September 29, 2008, to inform the Court of the status of this matter.

**SO ORDERED**.

                                                                 /s/
                                        JOHN D. BATES
                                United States District Judge

Date:   July 1, 2008