THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARISA MINISCALCO** and **ANTHONY MINISCALCO**<br><br>            Plaintiffs,<br><br>vs.<br><br>**ELI LILLY AND COMPANY, et al.,**<br><br>            Defendants. | ) <br> ) <br> ) <br> ) **CIVIL ACTION NO. 1:07-cv-1198-JDB-AK** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CONSENT MOTION TO AMEND SCHEDULING ORDER

COMES NOW defendant Eli Lilly and Company ("Lilly") and Plaintiffs Marisa Miniscalco and Anthony Miniscalco, by and through counsel, and hereby move this Court to amend the current Scheduling Order by moving the deadline for filing dispositive motions from July 28, 2008 to September 18, 2008. In support thereof, the parties state as follows:

1. The present action is a pharmaceutical case arising from plaintiff Marisa Miniscalco's alleged *in utero* exposure to diethylstilbestrol ("DES"). Plaintiff alleges injuries including infertility and the inability to carry a pregnancy to term.

2. The current deadline for dispositive motions in this case is July 28, 2008 and mediation is scheduled before the Honorable Magistrate Judge Alan Kay on September 4, 2008.

3. Discovery is substantially complete in this case.

4. Lilly and plaintiff are currently attempting to resolve this action without the need for further court intervention as to plaintiff's claims against Lilly. Both parties agree to proceed in good faith toward resolution of this matter. To that end, the parties anticipate that the

150023v1

mediation currently scheduled before Judge Kay on September 4, 2008 will be helpful in that regard and may ultimately conclude this Court's participation in the matter.

   5. In order to focus upon these negotiations and to not burden the court's time with a motion for summary judgment and opposition that may not be necessary, the parties respectfully request that this Court move the deadline for dispositive motions to a date after the mediation. In particular, the parties request that the deadline be moved to September 18, 2008 which is two weeks after the scheduled mediation.

   6. The parties do not contemplate any further requests to extend the scheduling order.

   7. Counsel for Lilly attempted to contact counsel for co-defendant Bristol-Myers Squibb ("Squibb") to obtain their consent for this motion as well. Unfortunately, counsel was not able to speak to counsel for Squibb prior to filing this motion. However, the parties do not anticipate that Squibb will object to this extension. Further, Squibb will not be prejudiced.

   WHEREFORE, Plaintiffs and Lilly respectfully request that the Court enter an Order amending its Scheduling Order by moving the deadline for filing dispositive motions from July 28, 2008 to September 18, 2008.

Respectfully submitted,

| | |
|---|---|
| AARON M. LEVINE & ASSOCIATES | SHOOK, HARDY & BACON L.L.P |
| | |
| /s/ Aaron M. Levine | /s/ Ericka L. Kleiman |
| Aaron M. Levine, D.C. Bar No. 7864 | Michelle R. Mangrum, D.C. Bar No. 473634 |
| AARON M. LEVINE & ASSOCIATES | John Chadwick Coots, D.C. Bar No. 461979 |
| 1320 19th Street, N.W. Suite 500 | Ericka L. Kleiman, D.C. Bar No. 979666 |
| Washington, D.C. 20036 | 600 14TH Street, N.W., Suite 800 |
| Phone: (202) 833-8040 | Washington, D.C. 200005-2004 |
| Fax: (202) 833-8046 | Phone: (202) 783-8400 |
| | Fax: (202) 783-4211 |
| **ATTORNEYS FOR PLAINTIFFS** | |
| | and |
| | David W. Brooks |
| | SHOOK, HARDY & BACON L.L.P. |
| | 2555 Grand Blvd. |
| | Kansas City, Missouri 64108 |
| | Phone: (816) 474-6550 |
| | Fax: (816) 421-5547 |
| | |
| | **ATTORNEYS FOR DEFENDANT** |
| | **ELI LILLY AND COMPANY** |

## CERTIFICATE OF SERVICE

       I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 25th day of July, 2008, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

Sidney G. Leech
Goodell, Devries, Leech & Dann, LLP
One South Street
Suite 2000
Baltimore, MD 21202
**Attorneys for Bristol-Myers Squibb Company**

  /s/ Ericka L. Kleiman
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARISA MINISCALCO and ANTHONY MINISCALCO<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>Defendants. | CIVIL ACTION NO. 1:07-cv-1198-JDB-AK |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Consent Motion to Amend Scheduling Order, and for good cause shown, it is this _____ day of _____, 2008,

ORDERED that the Motion be and hereby is GRANTED;

AND IT IS FURTHER ORDERED, that the deadline for filing dispositive motions be moved from July 28, 2008 to September 18, 2008.

_____
JOHN D. BATES
United States District Judge