THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARISA MINISCALCO and ANTHONY MINISCALCO** | ) ) ) ) |
| Plaintiffs, | ) CIVIL ACTION NO. 1:07-cv-1198-RCL ) |
| vs. | ) ) |
| **ELI LILLY AND COMPANY, et al.,** | ) ) |
| Defendants. | ) ) |

## STIPULATION AND MOTION TO DISMISS WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(2), plaintiffs Marisa Miniscalco and Anthony Miniscalco and defendant Eli Lilly and Company ("Lilly"), by and through their designated counsel, hereby stipulate and agree that this action be dismissed with prejudice case is dismissed against Eli Lilly and Company ONLY with each party to bear its own costs.

WHEREFORE, the parties respectfully request that this Court enter the attached Order of Dismissal with Prejudice and grant such other relief as the Court may deem just and proper.

150912v1

<table>
<tr><td></td><td>Respectfully Submitted,</td></tr>
<tr><td>AARON LEVINE & ASSOCIATES</td><td>SHOOK, HARDY & BACON, L.L.P.</td></tr>
<tr><td>/s/ Aaron M. Levine<br>Aaron M. Levine, D.C. Bar No. 7864<br>AARON LEVINE & ASSOCIATES<br>1320 19th St., N.W., Suite 500<br>Washington, D.C. 20036<br>(202) 833-8040 Telephone<br>(202) 833-8046 Facsimile<br><br>**ATTORNEYS FOR PLAINTIFFS**</td><td>/s/ Ericka L. Kleiman<br>Michelle R. Mangrum, D.C. Bar No. 473634<br>John Chadwick Coots, D.C. Bar No. 461979<br>Ericka L. Kleiman, D.C. Bar No. 979666<br>SHOOK, HARDY & BACON, L.L.P.<br>600 14th Street, N.W., Suite 800<br>Washington, D.C. 20005-2004<br>(202) 783-8400 Telephone<br>(202) 783-4211 Facsimile<br><br>and<br><br>David W. Brooks<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Blvd<br>Kansas City, MO  64108-2613<br>(816) 474-6550 Telephone<br>(816) 421-5547 Facsimile<br><br>**ATTORNEYS FOR DEFENDANT<br>ELI LILLY AND COMPANY**</td></tr>
</table>

150912v1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARISA MINISCALCO and** <br> **ANTHONY MINISCALCO** <br><br> Plaintiffs, <br><br> vs. <br><br> **ELI LILLY AND COMPANY, et al.,** <br><br> Defendants. | **CIVIL ACTION NO. 1:07-cv-1198-RCL** |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court upon plaintiffs Marisa Miniscalco's and Anthony Miniscalco's and defendant Eli Lilly and Company's ("Lilly") Stipulation and Motion to Dismiss with Prejudice. Based upon the parties' stipulation, which has been agreed to and signed by counsel for plaintiffs and Lilly, and pursuant to FED. R. CIV. P. 41(a)(1)(ii):

IT IS HEREBY ORDERED THAT this action is dismissed with prejudice against Eli Lilly and Company only, with each party to bear its own costs.

Dated this _____ day of _____, 2008.

_____
United States District Court Judge

cc:   Appended list of counsel of record

3

150912v1

## COUNSEL OF RECORD

Aaron M. Levine, Esq.
Aaron M. Levine & Associates, P.A.
1320 19th Street, NW, Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiffs**

Michelle R. Mangrum, Esq.
John Chadwick Coots, Esq.
Ericka L. Kleiman, Esq.
Shook, Hardy & Bacon, L.L.P.
600 14th Street, NW, Suite 800
Washington, D.C. 20005-2004
**Attorneys for Defendant**
**Eli Lilly and Company**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street
Suite 2000
Baltimore, MD 21202
**Attorneys for Defendant**
**Bristol-Myers Squibb Company**

4

5

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 3rd day of September, 2008, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiffs**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street
Suite 2000
Baltimore, MD 21202
**Attorneys for Defendant**
**Bristol-Myers Squibb Company**

      /s/ Ericka L. Kleiman
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**

5

150912v1